**Opinion issued July 1, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-21-00017-CV

———————————

## IN RE THE TASA GROUP, INC., Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, The TASA Group, Inc., has filed an unopposed motion for voluntary dismissal of this original proceeding for writ of mandamus, averring that the parties have settled all claims and controversies in the underlying proceeding.[1] We grant the motion and dismiss this original proceeding.

---

[1] The underlying case is *The TASA Group, Inc. v. Garcia and Martinez, LLP*, cause number 2019-68269, pending in the 113th District Court of Harris County, Texas, the Honorable Rabeea Sultan Collier presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Countiss.